**DO NOT FILE**

Prob12A
D/NV Form
Rev. June 2014

3:20-cr-33-MMD-WGC

## United States District Court
## for
## the District of Nevada

---

### REPORT ON OFFENDER UNDER SUPERVISION/
### REQUEST FOR ACCEPTANCE OF JURISDICTION
### May 28, 2020

---

Name of Offender: **Andraliesha Shanice Jefferson**

Case Number: **1:17CR00092**

Name of Sentencing Judicial Officer: **Honorable Liam O'Grady**

Date of Original Sentence: **July 27, 2018**

Original Offense: **Ct. 1: Conspiracy to Commit Access Device Fraud; Ct. 2: Aggravated Identity Theft**

Original Sentence: **36 Months probation**

Date Supervision Commenced: **July 27, 2018**

Date Jurisdiction Transferred to District of Nevada: **To be determined**

Name of Assigned Judicial Officer: **To be determined**

---

### U. S. PROBATION OFFICER ACTION SUMMARY

Andraliesha Jefferson appeared for sentencing on July 27, 2018 in the Eastern District of Virginia and was sentenced to Three Years Probation. She commenced supervision in the District of Nevada and resides with her grandparents at 5212 Echo Avenue, Reno, Nevada, 89506. Jefferson was enrolled in cosmetology school and was due to graduate in April 2020, but this is on hold due to the COVID-19 pandemic. In addition, she was cleaning businesses and caring for her teenage daughter. She completed location monitoring on February 22, 2019, and completed community service portion of her supervision in May 2019. She continues in mental health treatment and has been free of controlled substances

To date, Jefferson has made two payments towards restitution, with the last in April 2019. The balance is $254,042.29. She has been verbally reprimanded again, and encouraged to make a monthly payment of $100, or 10% of her gross earnings.

RE: Andraliesha Shanice Jefferson **DO NOT FILE**

Prob12A
D/NV Form
Rev. June 2014

Jefferson's lack of progress towards restitution was reported to the Eastern District of Virginia, and the Court approved no action be taken at this time. Due to the fact Jefferson plans to reside in Reno, Nevada, the Eastern District of Virginia has requested jurisdiction be transferred to Nevada. If the Court concurs, attached is the PROB 22 – Transfer of Jurisdiction for the Court's signature

Respectfully submitted,

*Michelle Wolfe*
Michelle Wolfe
2020.05.28 15:32:39 -07'00'

Michelle Wolfe
United States Probation Officer

Approved:

*Todd E. White*
Digitally signed by Todd E. White
Date: 2020.06.01 06:57:17 -07'00'

T_____
Supervisory United States Probation Officer

---

Please indicate your response below and return to the Probation Office:

☑ Concur with the proposed course of action.

☐ Other (please include Judicial Officer instructions below):

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

*[signature]*
Signature of Judicial Officer

7/17/2020
Date

Prob 22 (VAE Rev 4/13)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:17CR00092 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Andraliesha Shanice Jefferson<br>Reno, Nevada | EASTERN DISTRICT OF VIRGINIA | Alexandria |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Liam O'Grady | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 07/27/2018 — TO 07/26/2021 |

**OFFENSE**

18 U.S.C. § 1829(b)(2): Conspiracy to Commit Access Device Fraud
18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA, RENO DIVISION upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 12, 2020
*Date*

/s/
Liam O'Grady
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEVADA, RENO DIVISION**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/17/2020
*Effective Date*

*United States District Judge*